# Third District Court of Appeal

## State of Florida

Opinion filed March 23, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-196
Lower Tribunal Nos. F09-20114, F04-3115

_____

**Raul J. Mari,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Raul J. Mari, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.